IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**QUADIR JAMEEK POWERFUL SUPREME JOHNSON, aka "Q,"**<br><br>**Defendant.** | Case No. 1:26-mj-196 (PJE) |

**NOTICE OF APPEAL**

Notice is hereby given that the Government appeals to the United States District Court from the order to release the defendant issued by U.S. Magistrate Judge Paul J. Evangelista on September 4, 2026, Dkt. 15.

Dated: September 9, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Nicholas Walter*
Nicholas Walter
Assistant United States Attorney
Bar Roll No. 706029

cc: All counsel of record (by CM/ECF)